{ CLINT EASTWOOD LOVES ANNA NICOLE'S SMITH.
PAGE NUMBER THREE OF FOUR PAGES }

# THREE
3

FILED
JUN 13 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OF FEES AND AFFIDAVIT.

4

1.- PLAINTIFF # IVAN MENDEZ

2.- CASE NUMBER # 318-2001

3.- DEFENDANTS # MS. RUTH MAGRUDER SMYTHE ESQUIRE, MS. ZANE DOE, M ZANE DOE, MR. TIMOTHY L. HITCHINGS, ESQUIRE, AND THE PUBLIC DEFENDERS OF FICE OF DELAWARE.

4.- I AM THE PLAINTIFF, UNDER 28 USC 1915 I AM UNABLE TO PAY THE COSTS OF THIS COMPLAIN

5.- ARE YOU INCARCERATED # YES

6.- IF YES WHERE # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977

7.- ARE YOU EMPLOYED THERE # NO

8.- DID YOU RECEIVE ANY MONEY FROM THAT PRISON # NO

9.- NAME AND ADDRESS OF LAST EMPLOYER # MR. SAMMY CONGO, AT CONGO FUNERAL HOME, 2901 W. 2ND. ST., WILMINGTON DE. 19805, OR AT PETRUCON, 100 NORTH, CL VELAND AVE., WILMINGTON DE. 19805.

10.- MONTHLY SALARY RECEIVED # $16,00 OR 2,000.

11.- LAST DAY EMPLOYED # OCT. OR NOV. OF 2000.

12.- LAST PAYMENT OF SALARY RECEIVED # $16,00 OR 2000.

13.- HAVE YOU RECEIVED ANY MONEY ON THE LAST YEAR PERIOD # NO

14.- DID YOU HAVE CASH OR ANY ACCOUNT # NO

15.- DO YOU OWN ANY PROPERTY # NO

16.- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # WHAT IS LEFT OF MY FAMILY.

17.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CO RRECT.

18.- DATE # 05/23/2008

19.- SIGNATURE # IVAN MENDEZ    (PLEASE TURN THIS FORM TO THE OTHER SIDE)

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
MOTION TO PROCEED IN FORMA PAUPERIS.

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 308-2001
3.- DEFENDANTS # MS. RUTH MATRUDER SMYTHE ESQUIRE, MS. JANE DOE, MS. JANE DOE, MR. TIMOTHY L. HITCHINGS AND THE PUBLIC DEFENDERS OFFICE OF DELAWARE.
4.- COMES NOW THE PLAINTIFF AND RESPECTFULLY REQUEST THIS HONORABLE COURT TO ALLOW THEM TO PROCEED WITHOUT PREPAYMENTS OF COSTS FOR THE FOLLOW IN REASONS # FOR ANOTHER CIVIL RIGHTS COMPLAINT.
5.- SIGNATURE # IVAN MENDEZ
6.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE., 19977.
7.- I CERTIFY THAT A COPY OF THE ABOVE WAS MAILED POSTAGE PREPAID ON # 05/23/2008
8.- TO # U.S. DISTRICT COURT
9.- NAME # U.S. DISTRICT COURT
10.- ADDRESS # 844 NORTH, KING STREET LOCKBOX #18, WILMINGTON DE., 19801
11.- WRITE THE REASONS WHY THE COURT SHOULD GRANT YOUR MOTION AND INCLUDE COURT RULES, LAWS AND CASES IF ANY, THAT SUPPORT YOUR REASONS # BECAUSE AS YOU KNOW IT TOO THAT ■■■ IT HAS BEEN YEARS WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, PENNSYLVANIA, DELAWARE, WASHINGTON D.C., AND FROM ALL OF THIS CRIMINAL ORGANIZATION.
12.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
13.- DATE # 05/23/2008
14.- SIGNATURE # IVAN MENDEZ

( PLEASE TURN THIS PAGE NUMBER NUMBER FOUR )

{ Deff Leonard loves Linda Hamilton
  PAGE NUMBER          four OF four PAGES }

# four

D.C.C.
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX MONTHS PERIOD.

TO # MR. JOSEPH HUDSON
SUPPORT SERVICES MANAGER
D.C.C.
SMYRNA DE. 19977

DATE # 05/23/2008

FROM # IVAN MENDEZ
INMATE'S SIGNATURE #

453351
S.B.I #

—— I HEREBY CERTIFY ——

I AM REQUESTING A CERTIFIED STATEMENT OF MY ACCOUNT
FOR PAST SIX MONTHS PERIOD UNDER 28 USC 1915 (A)(2).

IVAN MENDEZ
SIGNATURE #

28 USC 1746 AND 18 USC 1621

(PLEASE TURN THIS FORM TO THE OTHER SIDE)

LAW LIBRARY'S
GENERAL REQUEST FORM.

BING.# S.H.U.#18
CELL# BC-3
QUANTITY#

Legal forms, rules and/or information requested#
(42 USC 1983) Civil rights complaints.
(28 USC 2254) Habeas corpus petitions.
(28 USC 2255) Motion to vacate, set aside or correct sentences.
(148 200) Request for medical records.
(766(4)) U.S. Marshal forms.
(0976) Motion to withdraw a guilty plea.
(3306) Justice of the Peace (small claims form).
(28 USC 2101) Writ of Certiorary which is jurisdictionally out of the time.
(28 USC 1746) Form of a declaration form.
(Applications without prepayments of fees forms).
(Applications in forma pauperis).
(Notice of appeal form).
(Motion for leave to file forms).

NAME# IVAN MENDEZ            S.B.I# 453351            DATE# 05/23/2008
DATE RECEIVED#_____            DAY TO LOG#_____
DATE SENT#_____                 STAFF INITIALS#_____
'N NOTES #_____

(PAGE NUMBER FOUR)