{ AS IDK LOVES PAMELA ANDERSON
[ PAGE NUMBER ONE OF FOUR PAGES ]

# ONE

FILED
JUN 13 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
FORM TO BE USED BY A PRISONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983.

1.- PLAINTIFF # IVAN MENDEZ

2.- CASE NUMBER # 318-2001

3.- DEFENDANTS # MS. RUTH MATRUDER SMYTHE ESQUIRE, MS. JANE DOE, MS. JANE DOE, MS. TIMOTHY L. HITCHINGS AND THE PUBLIC DEFENDERS OFFICE OF DELAWARE.

4.- JURISDICTION IS PROPER IN THIS COURT ACCORDING TO # 42 USC 1983.

5.- PLAINTIFF # IVAN MENDEZ

6.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977.

7.- LIST CAPTION AND CASE NUMBER OF YOUR PREVIOUS LAWSUITS # HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATION, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU PENSYLVANIA, DELAWARE, WASHINGTON D.C., AND FROM ALL OF THIS CRIMINAL GANIZATION, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.

8.- IS THERE A PRISONER GRIEVANCE # YES

9.- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # YES

10.- WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO.

11.- WHAT WAS THE RESULTS # NEGATIVE, NO RESULTS AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS, TOO.

12.- NAME OF DEFENDANTS # MS. RUTH MATRUDER SMYTHE ESQUIRE, MS. JANE DOE, MS. JANE DOE, MS. TIMOTHY L. HITCHINGS ESQUIRE, AND THE PUBLIC DEFENDERS OFFICE OF DELAWARE.

13.- IS EMPLOYED A # PUBLIC DEFENDERS OF DELAWARE.

(PLEASE TURN THIS FORM TO THE OTHER SIDE)

14.- ADDRESS # AS YOU KNOW IT TOO ALL OR THEIR ADDRESSES.

15.- STATE BRIEFLY THE FACTS OR YOUR CASE # HONORABLE MASTER, AS YOU KNOW IT TOO ALL OR THE STATEMENTS, GROUNDS AND FACTS ON ALL OF THE MANY, MANY BUT MANY, MANY DIFERENT LEGAL FORMS (AND LETTERS) RAISED AGAINST THE HONORABLES MS. RUTH M. SMYTHE, MS. JANE DOE, MS. JANE DOE, MR. TIMOTHY L. HITCHINGS AND THE PUBLIC DEFENDERS OFFICE, SINCE WHEN I WAS OVER AT SUSSEX CORRECTIONAL INSTITUTION OVER IN GEORGETOWN DELAWARE, WHERE I HAVE EXPLAINED TO YOU TOO ALL VERY WELL DETAILED TOO, WELL I AM RAISING THIS LEGAL FORM AGAINST THE HONORABLES MS. RUTH M. SMYTHE, MS. JANE DOE, MS. JANE DOE, MR. TIMOTHY L. HITCHINGS AND THE PUBLIC DEFENDERS OFFICE, FOR ALL OF THE DAMAGES, ABUSES, AND FOR ALL OF THE EVIL THAT THEY HAVE DONE TO ME, AND TO MY LOVED ONES, SINCE WHEN I WAS OVER AT SUSSEX CORRECTIONAL INSTITUTION OVER IN ▓▓▓▓▓ GEORGETOWN DELAWARE, AND FOR ALL THE PEOPLE (INMATES) THAT THEY ALONG WITH OTHER PARTIES HAVE SENT IT TO KILL ME SINCE WHEN I WAS OVER AT S.C.I IN GEORGETOWN DE., AS YOU KNOW IT TOO ALL ABOUT IT, ON THE MANY, MANY, MANY BUT MANY DIFFERENT LEGAL FORMS (AND LETTERS) SENT IT TO YOU TOO SINCE WHEN I WAS OVER AT S.C.I IN GEORGETOWN DE., SAME AS YOU KNOW IT TOO THAT "MY MANDATORY TIME WAS DUE LAST YEAR, ON DECEMBER TWENTY THREE OF 2007, 12/23/2007" SAME AS YOU KNOW IT TOO THAT NOBODY AN EXCEPTION OF TWO OR THREE STAFF WORKERS WHOM HELP ME SOMETIMES SUCH AS SGT. MR. PAUL UNSWORTH, SGT. MR. JERR, SGT. MR. J. BURTON, AND ONE OR TWO MORE, BUT NOBODY ELSE OF THE GOD DAMN STAFF IN THIS WHOLE INSTITUTION GAVE ME NOTHING BECAUSE THEY SAID THAT I AM NOTHING BUT AND OLD WHITE RED NECK, WHOM TRY TO GET JUVENAL (FOR WHATEVER THEY MEAN BY JUVENAL ON PRISON OR WHEREVER THEY TALKING ABOUT IT) AS YOU KNOW IT TOO ALL ABOUT IT, AND AS YOU KNOW IT TOO MY MEDICAL CONDITION AND MY MEDICAL NEEDS, SAME AS YOU KNOW IT TOO THAT I AM REALLY SICK I AM NOT HAVING TO BE SICK, LIKE THOSE PEOPLE WHOM HAVE TO BE RETARDED, TO BE DISABLED, TO BE SICK, TO BE NOT CAPABLE TO FACE TRIAL OR EVEN A COURT HEARING, AND TO FACE AND COMPLAINT OF EVERYTHING LIKE THOSE INMATES

( PLEASE TURN THIS FORM TO PAGE NUMBER TWO)

{ MAY TWENTY THREE OF 2008       05/23/2008
BONO LOVES U2                                                     } # TWO
PAGE NUMBER TWO        OR    FOUR PAGES

OVER IN S.C.I IN GEORGETOWN DE., THOSE ON D.P.C. OVER IN NEW CASTLE DE., THOSE OVER HERE ON D.C.C. IN SMIRNA DE., AND THOSE SENT IT TO KILL ME AND ABUSE ME AND DAMAGED ME, AND DO ALL KIND OF EVIL TO ME FROM THE PRISON OR GRANDE HILL OVER IN WILMINGTON DE., AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO THAT THE GOD DAMN STAFF DON'T GAVE ME NOTHING, NEITHER THE WARDEN, BECAUSE THEY SAYS THAT I AM NOTHING BUT AN OLD WHITE RED NECK, WHOM TRY TO GET JUVENIL (FOR WHATEVER THEY MEAN BY JUVENIL ON PRISON OR WHEREVER THEY ARE TALKING ABOUT), PERHAPS THAT AS YOU KNOW IT TOO THAT THEY TREAT ME WORST, WORST, WORST BUT THEY REALLY TREAT ME WORST THAN HOW THEY TREAT THE OLD WHITE AMERICAN COWBOYS (ALSO CALLED OLD WHITE RED NECKS BY EVIL PEOPLE AS YOU KNOW IT TOO ALL ABOUT), SO I'LL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE.

16.- HOW HAVE YOU BEEN INJURED BY THE ACTION OF THE DEFENDANTS # PHYSICALLY, EMOTIONALLY, VERBALLY, PSYCHOLOGICALLY, AND IN MANY OTHER WAYS, AS YOU KNOW IT TOO ALL ABOUT IT.

17.- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE MASTER, AS YOU KNOW IT TOO THIS INFORMATION.

18.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.            P.S. CAN YOU PLEASE HELP ME AT LEAST
19.- DATE # 05/23/2008               WITH SOME OF THOSE LEGAL FORMS REQUESTED
20.- SIGNATURE # IVAN MENDEZ     ON THE GENERAL REQUEST FORM, BECAUSE AS YOU
                                                     KNOW IT TOO WHAT IS GOING ON OVER HERE NOTHING
CHANGES, AND LAST NIGHT ON 05/22/2008, MAY TWENTY TWO OF 2008, I SENT MY REQUEST ALONG WITH TWO LEGAL FORMS 28 USC 1746, FORMS OF A DECLARATION, FOR THE LEGAL FORMS. MENDEZ VS. REED. 1:08-CV-243, AND MENDEZ VS. KEMP, 1:08-CV-244. SO I'LL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE.
(PLEASE TURN THIS FORM TO THE OTHER SIDE)

I/M IVAN MENDEZ
SBI# 453351   UNIT 20 HOU #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S. DISTRICT COURT
844 NORTH KING STREET
LOCKBOX #18
WILMINGTON DELAWARE
19801