*Alison Mae loves Metallica*
*Page Number One of Four Pages*

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

07/25/2008

#1

*P.S. Inmate Account Statement for legal form # Mendez vs. Ruth Smyme, 1:08,-CV-364.*
*1:08-CV-364*

RECEIVED ON 07/24/2008

TO:        Ivan Mendez              SBI#: 453351

FROM:   Stacy Shane, Support Services Secretary

RE:       **6 Months Account Statement**

DATE:   7/23/08

*URGENT*
*P.S. Please read the page number four*

---

Attached are copies of your inmate account statement for the months of __January 1, 2008__ to __June 30, 2008__.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|-------|------------------------|
| Jan   | <9.55>                 |
| Feb   | <9.55>                 |
| Mar   | <9.55>                 |
| Apr   | <9.55>                 |
| May   | <9.55>                 |
| Jun   | <9.55>                 |

Average daily balances/6 months: <9.55>

FILED JUL 29 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Attachments
CC:  File

Mercedes Vallin
7/23/08

Jeanette f. Haire
7/23/08

07/25/2008

BRIANJONES loves MEGADETH

PAGE NUMBER TWO OF FOUR PAGES

#2

## Individual Statement
### From January 2008 to June 2008

Page 1 of 3

Date Printed: 7/22/2008

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | Beginning Month Balance: | ($9.55) |
| Current Location: 18 | | Comments: QOLP2 | | | Ending Month Balance: | ($9.55) |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.85) | ($9.55) | 538030 | | 12/11/07 | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 545945 | | 1/3/08 | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 545964 | | 1/2/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.58) | ($9.55) | 548184 | | 1/4/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.75) | ($9.55) | 548376 | | 1/11/08 | |
| Supplies-MailPosta | 2/5/2008 | $0.00 | $0.00 | ($0.78) | ($9.55) | 552266 | | 1/8/08 | |
| Supplies-MailPosta | 2/14/2008 | $0.00 | $0.00 | ($3.82) | ($9.55) | 556363 | | INDIGENT 2/6/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 559481 | | 1/22/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 559482 | | 1/22/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 559483 | | 1/22/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($1.23) | ($9.55) | 560121 | | 1/23/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 560188 | | 1/16/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($1.55) | ($9.55) | 563026 | | 2/25/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.58) | ($9.55) | 563054 | | 1/30/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 563055 | | 1/28/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 563057 | | 1/31/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 563059 | | 1/29/08 | |
| Supplies-MailPosta | 3/11/2008 | $0.00 | $0.00 | ($3.82) | ($9.55) | 568688 | | INDIGENT SUPPLIES FEB 2008 | |
| Legal | 3/12/2008 | $0.00 | $0.00 | ($28.71) | ($9.55) | 569472 | | 2/14/08 | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 570083 | | 2/13/08 | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($0.82) | ($9.55) | 570084 | | 2/26/08 | |
| Supplies-MailPosta | 3/18/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572094 | | 2/26/08 | |
| Supplies-MailPosta | 3/18/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572095 | | 2/22/08 | |
| Supplies-MailPosta | 3/18/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572156 | | 3/12/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572893 | | 3/13/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572896 | | 2/28/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572971 | | 2/28/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($1.23) | ($9.55) | 572972 | | 2/27/08 | |
| Supplies-MailPosta | 3/20/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572990 | | 3/18/08 | |
| Supplies-MailPosta | 3/20/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 573650 | | INDIGENT 12/31/07 | |
| Supplies-MailPosta | 3/24/2008 | $0.00 | $0.00 | ($3.82) | ($9.55) | 574221 | | | |

07/25/2008

COURTNEY CORAIN LOVES NIRVANA
PAGE NUMBER THREE OF FOUR PAGES

#3

## Individual Statement
### From January 2008 to June 2008

Date Printed: 7/22/2008                                                                                                   Page 2 of 3

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | ($9.55) |
|---|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | | Ending Month Balance: | ($9.55) |
| Current Location: | 18 | | Comments: | QOLP2 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 580245 | | 3/10/08 | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 580248 | | 3/11/08 | |
| Supplies-MailPosta | 4/7/2008 | $0.00 | $0.00 | ($3.82) | ($9.55) | 581440 | | INDIGENT 3/31/08 | |
| Supplies-MailPosta | 4/17/2008 | $0.00 | $0.00 | ($0.60) | ($9.55) | 587833 | | 4/13/08 | |
| Supplies-MailPosta | 4/17/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 587845 | | 4/11/08 | |
| Supplies-MailPosta | 4/17/2008 | $0.00 | $0.00 | ($1.65) | ($9.55) | 587883 | | 4/14/08 | |
| Supplies-MailPosta | 4/21/2008 | $0.00 | $0.00 | ($1.65) | ($9.55) | 588917 | | 3/18/08 | |
| Supplies-MailPosta | 4/21/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 589002 | | 3/21/08 | |
| Supplies-MailPosta | 4/21/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 589003 | | 3/20/08 | |
| Supplies-MailPosta | 4/22/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 590065 | | 3/29/08 | |
| Supplies-MailPosta | 4/22/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 590066 | | 3/28/08 | |
| Supplies-MailPosta | 4/22/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 590067 | | 3/29/08 | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($0.55) | ($9.55) | 594887 | | 4/23/08 | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($2.50) | ($9.55) | 594934 | | 4/22/08 | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($0.70) | ($9.55) | 594950 | | 4/18/08 | |
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($1.23) | ($9.55) | 595583 | | 4/1/08 | |
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 596592 | | 4/2/08 | |
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 596897 | | 4/4/08 | |
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($1.23) | ($9.55) | 596960 | | 4/7/08 | |
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 596964 | | 4/8/08 | |
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($0.58) | ($9.55) | 596967 | | 4/8/08 | |
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 597043 | | 4/9/08 | |
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($0.75) | ($9.55) | 597058 | | 4/10 | |
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 597225 | | 4/17/08 | |
| Supplies-MailPosta | 5/6/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 597429 | | 4/24/08 | |
| Supplies-MailPosta | 5/9/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 600811 | | 5/5/08 | |
| Supplies-MailPosta | 5/14/2008 | $0.00 | $0.00 | ($4.14) | ($9.55) | 603425 | | INDIGENT 5/5/08 | |
| Supplies-MailPosta | 5/22/2008 | $0.00 | $0.00 | ($4.55) | ($9.55) | 607069 | | 5/20/08 | |
| Supplies-MailPosta | 5/29/2008 | $0.00 | $0.00 | ($0.59) | ($9.55) | 609871 | | 5/27/08 | |
| Supplies-MailPosta | 5/29/2008 | $0.00 | $0.00 | ($0.42) | ($9.55) | 609961 | | 5/26/08 | |
| Supplies-MailPosta | 6/9/2008 | $0.00 | $0.00 | ($4.18) | ($9.55) | 615273 | | 6/2/08 | |

## Individual Statement
### From January 2008 to June 2008

Date Printed: 7/22/2008  
Page 3 of 3

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | Beginning Month Balance: | ($9.55) |
| Current Location: | 18 | | Comments: QOLP2 | | Ending Month Balance: | ($9.55) |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 6/20/2008 | $0.00 | $0.00 | ($1.35) | ($9.55) | 620970 | | 5/23/08 | |
| Supplies-MailPosta | 6/24/2008 | $0.00 | $0.00 | ($0.42) | ($9.55) | 622077 | | 6/23/08 | |
| Supplies-MailPosta | 6/24/2008 | $0.00 | $0.00 | ($1.15) | ($9.55) | 622126 | | 6/21/08 | |

Ending Month Balance: ($9.55)

Total Amount Currently on Medical Hold: $0.00  
Total Amount Currently on Legal Hold: ($28.71)  
Total Amount Currently on Restitution Hold: $0.00  
Total Amount Currently on Other Hold: ($586.05)

---

{ DREW BARRYMORE loves CYRUES }  
{ PAGE NUMBER (hour of hour pages) }  

07/25/2008  
#4

## MEMORANDUM

Honorable Master, on 07/21/2008, July twenty one of 2008, they removed Mr. Suon Doe from the incident on 06/30/2008, June thirty of 2008, they removed him from the Infirmary room to cell upper twelve on this same tier and ~~put~~ his friend from cell upper twelve they put him on the Infirmary room and today 07/25/2008, July twenty five of 2008, they removed him back to the Infirmary room, and you know it too what he did it along with Sargeant Ms. T. Harris, and Corrections officer Ms. Sane Doe, on 06/30/2008, June thirty of 2008, and as I have told you on my legal form against Ms. Sane Doe, alias or a.k.a. Ms. Talina Queen, what are you waiting for, are you going to do like always or set up conspiracy and widely spread it plot to kill me, it has been today twenty five days ago and that inmate still living on this tier and kept harrassing me, or are you waiting for another of their made up hire thrills, or sick calls, or any of their dirty nasty tricks, as you know it too all about it.

"Thanks"



I/M IVAN MENDEZ
SBI# 453351    UNIT S.H.U.#18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 North, King Street
Lockbox #18
Wilmington Delaware
19801