HONORABLE US. DISTRICT COURT.

HONORABLE MASTER AND JUDGE.

08-364 (JJF)

HONORABLE MASTER, I'M WRITTING TO YOU ONCE AGAIN, NOT MEANING TO BOTHER OR DISTURB ANY OF YOUR TIME, BUT THE PURPOSE OF THIS LETTER IS TO SEND YOU THE REQUIRED AUTORIZATION FORM, FOR THE LEGAL FORM # IVAN MENDEZ VS. RUTH M. SMYTHE, — JANE DOE I, JANE DOE II, TIMOTHY L. HITCHINGS, AND PUBLIC DEFENDERS OFFICE OF DELAWARE, I HAVE ALREADY FILL IT UP THAT LEGAL FORM AND I'M SENDING IT TO YOU FOR THIS SAME LEGAL FORM NUMBER # 1°.08-CV-00364, SO I'LL BEGIND TO HEAR FROM YOU SOON AS POSSIBLE.

" THANK'S FOR YOUR TIME ON THIS MATTER AND FOR YOUR CONSIDERATION "

" SINCERELY "
IVAN MENDEZ



FILED

AUG 12 2008

U.S. DISTRICT COURT
DISTRICT DELAWARE

RD scanned

INMATE'S NAME # IVAN MENDEZ
S.B.I NUMBER # 453351
BUILDING'S NAME # S.H.U.
BUILDING'S NUMBER # 18
CELL NUMBER # BL-3
ADDRESS # DELAWARE CORRECTIONAL CENTER
1181 PADDOCH ROAD
SMYRNA DELAWARE.
(1997)

INMATE'S NAME # IVAN MENDEZ
S.B.I NUMBER # 453351
DATE OF BIRTH # 12/04/73
JUDGE'S NAME # MR. RICHARD R. STOKES.
DATE OF SENTENCE # 06/15/2001
NUMBER OF CASE # 318-2001

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IVAN L. MENDEZ,            )
                           )
        Plaintiff,         )
                           )
        v.                 )   Civil Action No. 08-364-JJF
                           )
RUTH MATRUDER SMYTHE, JANE )
DOE I, JANE DOE II, TIMOTHY )
L. HITCHINGS, AND PUBLIC   )
DEFENDERS OFFICE OF DELAWARE, )
                           )
        Defendants.        )

**AUTHORIZATION**

*PLEASE DON'T CURRY UNTIL THEY ATTEMPT OR THIS... TAKING MY LIFE. PLEASE DON'T CURRY UNTIL THEY ATTEMPT OR... ON TAKING MY LIFE. TIME SUCCEED ON... THANKS*

*P.S. HONORABLE MASTER FROM YOUR LET SEND IT TO ME ON 07/17/2008, YES I AM REQUEST TO YOUR HONORABLE COURT TO BE MOVED TO THE SUSSEX CORRECTIONAL INSTITUTION OVER IN GEORGETOWN DELAWARE, UNDER PROTECTIVE CUSTODY FOR LEGAL PURPOSES AND FOR MY OWN LIFE SECURITY AND PRESERVATION OF MY LIFE. THANK YOU.*

I, Ivan L. Mendez, SBI #453351, request and authorize the
agency holding me in custody to disburse to the Clerk of the
Court all payments pursuant to 28 U.S.C. § 1915(b) and required
by the Court's order dated **AUGUST EIGHT 0 8** , 2008.

This authorization is furnished to the Clerk of Court in
connection with the filing of a civil action, and I understand
that the filing fee for the complaint is $350.00. I also
understand that the entire filing fee may be deducted from my
trust account regardless of the outcome of my civil action. This
authorization shall apply to any other agency into whose custody
I may be transferred.

Date: **AUGUST EIGHT 0 8** , 2008.

AUG 12 2008

U.S.
DISTRI...

*HONORABLE MASTER, THE INMATE MR. SUON DOE STILL OVER HERE ON THIS SAME TIER, SAME AS THE CORRECTIONS OFFICERS, AND I AM WILL SEND YOU ANOTHER LEGAL FORM 1983 FOR CIVIL RIGHTS COMPLAINT AGAINST MR. SUON DOE, AND OTHER PARTIES INVOLVED ON ANOTHER NEW INCIDENT ON 08/04/2008, AUGUST FOUR 0 8 2004, NOW IS MORE HARD FOR ME TO GET OUT TO TAKE A SHOWER, SO SOON AS I GET ANOTHER PEN I WILL SEND IT TO YOU. ... IS GOING TO HAPPENED LIKE ALWAYS THEY ARE GOING TO TRY TO KILL ME AGAIN ...*

_____Ivan Mendez_____
Signature of Plaintiff

I/M IVAN MENDEZ

SBI# 453351       UNIT* Hall #18

JAMES T. VAUGHN CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 77

$ 00.59°
AUG 11 2008
PITNEY BOWES
02 1A
0004608975
MAILED FROM ZIP CODE 19977

US. DISTRICT COURT

844 NORTH KING STREET

LOCKBOX #18

WILMINGTON DELAWARE

19801-3570