IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IVAN L. MENDEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08-364-JJF |
| RUTH MATRUDER SMYTHE, JANE DOE I, JANE DOE II, TIMOTHY L. HITCHINGS, AND PUBLIC DEFENDERS OFFICE OF DELAWARE, | ) ) ) ) ) |
| Defendants. | ) |

*PLEASE DON'T WAIT UNTIL THEY ATTEMPT OR THIS TIME SUCCED ON TAKING MY LIFE. THANKS*

**AUTHORIZATION**

*P.S. HONORABLE MASTER, FROM YOUR LETTER SEND IT TO ME ON 07/17/2008, YES I AM REQUEST TO YOUR HONORABLE COURT TO BE MOVED TO THE SUSSEX CORRECTIONAL INSTITUTION OVER IN GEORGE TOWN DELAWARE, UNDER PROTECTIVE CUSTODY FOR LEGAL PURPOSES AND FOR MY OWN LIFE SECURITY AND PRESERVATION OF MY LIFE. THANK YOU.*

I, Ivan L. Mendez, SBI #453351, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated **AUGUST EIGHT 08**, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: **AUGUST EIGHT 08**, 2008.

[Stamp: AUG 12 2008 U.S. DIST...]

*HONORABLE MASTER, THE INMATE MR. ZUON DOE STILL OVER HERE ON THIS SAME THEY SAME AS THE CORRECTIONS OFFICERS, AND I AM WILL SEND YOU ANOTHER LEGAL FORM 1983 FOR CIVIL RIGHTS COMPLAINT AGAINST MR. ZUON DOE, AND OTHER PARTIES INVOLVED ON ANOTHER NEW INCIDENT ON 08/04/2008, AUGUST FOUR 08 2008, NOW IS MORE HARD FOR ME TO GET OUT TO TAKE A SHOWER, SO SOON AS I GET ANOTHER PEN I WILL SEND IT TO YOU. ▓▓▓▓ IS GOING TO HAPPENED LIKE ALWAYS THEY ARE GOING TO TRY TO KILL ME AGAIN AND ▓▓▓ NOT GOING TO DO NOTHING AT ALL...*

_Ivan Mendez_
Signature of Plaintiff